IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| SHALAMAR D. FITZGERALD, | ) | |
| Plaintiff, | ) | Civil Action No. 7:16cv00525 |
| | ) | |
| v. | ) | |
| | ) | |
| CHANDRAKANT PATEL, M.D., | ) | By: Elizabeth K. Dillon |
| Defendant. | ) | United States District Judge |

## FINAL ORDER

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that Dr. Patel's motion to dismiss (Dkt. No. 16) is GRANTED and this action is STRICKEN from the active docket of the court.

The clerk shall provide a copy of this order and the accompanying memorandum opinion to all counsel of record and to Mr. Fitzgerald.

Entered: September 11, 2017.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge